**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**DERRICK DARNELL PAYNE,**                                               **PLAINTIFF**

**V.**                                                        **NO. 3:07CV003-P-D**

**SHERIFF KENNY DICKERSON, et al.,**                                  **DEFENDANTS**

## ORDER

Presently before the court is the Plaintiff's motion to lift the stay that was imposed while on appeal. The appeal is now complete. Therefore, the Plaintiff's motion to lift the stay (docket entry 95) is GRANTED. This matter shall be set for trial by further order of the court.

IT IS SO ORDERED.

THIS the 14th day of July, 2009.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE